UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

    v.

CORNELL UNIVERSITY,

               Defendant.

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Civil Action No.:
3:17-cv-1285 (TJM/DEP)

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cornell University certifies that it has no corporate parents, and there is no publicly held corporation that owns 10% of more of its stock.

Dated: December 19, 2017

BOND, SCHOENECK & KING, PLLC

By: _____
    Jonathan B. Fellows (101628)
    Suzanne M. Messer (514398)
Office and P.O. Address
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000

Valerie Cross Dorn (505158)
Jared M. Pittman (518095)
Cornell University
235 Garden Avenue, 300 CCC Building
Ithaca, New York 14853
Telephone: (607) 255-5124

*Attorneys for Defendants*

3068328.1

## CERTIFICATE OF SERVICE

I certify that on the 19th day of December, 2017 a true and correct copy of Defendant's Rule 7.1 Disclosure Statement was served upon the following counsel via ECF to the following counsel for the Plaintiff:

> Andrew T. Miltenberg, Esq.
> Tara Davis, Esq.
> Stuart Bernstein, Esq.
> Nesenoff & Miltenberg, LLP
> 363 Seventh Avenue, 5th Floor
> New York, NY 10001-3904
> Email: amiltenberg@nmllplaw.com
> Email: tdavis@nmllplaw.com
> Email: SBernstein@nmllplaw.com
>
> *Attorneys for Plaintiff*

_____
Suzanne M. Messer